**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN MORGAN-REED, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

RACKSPACE TECHNOLOGY, INC., GAJEN KANDIAH, and MARK MARINO,

Defendants.

Case No. 1:26-cv-06491-JPO

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael B. Carlinsky of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears on behalf of Defendants Rackspace Technology, Inc., Gajen Kandiah, and Mark Marino in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, NY
August 26, 2026

By: */s/ Michael B. Carlinsky*

Michael B. Carlinsky
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
Tel: (212) 849-7000
Email: michaelcarlinsky@quinnemanuel.com

*Counsel for Defendants*